IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00560-CMA-BNB

GIL OETTING, and
CEIL OETTING, as husband and wife,

    Plaintiffs,

v.

IPEX, INC, and
IPEX USA, LLC,

    Defendants.

## ORDER GRANTING STAY OF ALL PROCEEDINGS PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

This matter is before the Court on Defendants' Unopposed Motion To Stay All Proceedings Pending Decision By The Judicial Panel On Multidistrict Litigation (Doc. # 15).  Upon due consideration, the Court hereby

ORDERS that Defendants' motion is GRANTED.  All proceedings in the above-captioned case are hereby STAYED and all pre-trial deadlines are suspended pending a decision by the Judicial Panel on Multidistrict Litigation on Defendants' motion to transfer this case pursuant to 28 U.S.C. § 1407.

    DATED:  August __14__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge